AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**RODNEY P. PAXTON,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**MICHAEL J. ASTRUE,**      **CASE NO. C2-07-600**
**COMMISSIONER OF SOCIAL**      **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**      **MAGISTRATE JUDGE MARK R. ABEL**

    **Defendant.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed June 23, 2008, JUDGMENT is hereby entered REMANDING this case for further proceedings. This case is DISMISSED.**

Date: June 23, 2008                      JAMES BONINI, CLERK

                                              */S/ Andy F. Quisumbing*
                                              (By) Andy F. Quisumbing
                                              Courtroom Deputy Clerk